RECEIVED
SDNY PRO SE OFFICE
2022 FEB -8 AM 11:02

U.S. DISTRICT COURT OF Southern New York
Office of the clerk
500 pearl ST #230 New York, NY 10007
February 7, 2022

Andrew Suh
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is $ ~~Ten millions dollars~~, I am injured to
Reduce To Five millions dollars
Redress required

a claim by Andrew Suh    a pro se required

Reason by no enhancement sentence or no unusual punishments

name: Andrew Suh
Address: B72067
2600 N. Brinton AVE
Dixon, IL 61021

~~for~~ amended, ~~a~~ relief
Forthwith

Date: February 7, 2022
addition, Teaching

Andrew Suh
B7267
2600 N. Brinton Ave
Dixon, IL 61021

legal Mail

Pro Se

RECEIVED
SDNY PRO SE OFFICE
2022 FEB -8 AM 10:25

LOS ANGELES CA 900
2 FEB 2022 PM 9 L

RECEIVED
2022 FEB -7 PM 12:15

U.S. COURTHOUSE
OFFICE OF THE CLERK
500 pearl Street #230
New York, NY 10007

10007-131559